No. 80, Orig.   COLORADO v. NEW MEXICO ET AL., *ante*, p. 176;

No. 81–1008.   BURLINGTON NORTHERN INC. ET AL. v. UNITED STATES ET AL., *ante*, p. 131;

No. 82–187.   LUJAN v. UNITED STATES DEPARTMENT OF THE INTERIOR ET AL., *ante*, p. 969;

No. 82–497.   ALBERTA GAS CHEMICALS, LTD. v. CELANESE CORP. ET AL., *ante*, p. 1092;

No. 82–615.   JERSEY SANITATION CO., INC., ET AL. v. UNITED STATES, *ante*, p. 991;

No. 82–640.   PALMGREN ET AL. v. KANSAS EX REL. MURRAY, COUNTY ATTORNEY OF THOMAS COUNTY, KANSAS, ET AL., *ante*, p. 1081;

No. 82–669.   SOFFER v. CITY OF COSTA MESA ET AL., *ante*, p. 1070;

No. 82–721.   GABRIEL v. MISSOURI PACIFIC RAILROAD COMPANY OF MISSOURI ET AL., *ante*, p. 1088;

No. 82–761.   KUCHTA ET AL. v. ALLSTATE INSURANCE CO. ET AL., *ante*, p. 1106;

No. 82–5266.   CANNON v. CANNON, *ante*, p. 1109;

No. 82–5426.   PAYNE v. COUGHLIN ET AL., *ante*, p. 1110;

No. 82–5584.   CURTIS v. CAMPBELL-TAGGART, INC., ET AL., *ante*, p. 1090;

No. 82–5638.   MCDONALD v. DRAPER ET AL., *ante*, p. 1112;

No. 82–5712.   SMITH v. SMITH, *ante*, p. 1115;

No. 82–5779.   HOOVER v. MISSISSIPPI, *ante*, p. 1149; and

No. 82–5834.   BLAIR v. MISSOURI, *ante*, p. 1188.   Petitions for rehearing denied.